1   MICHELE BECKWITH
    Acting United States Attorney
2   JUSTIN L. LEE
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   (916) 554-2700

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )
                                           )   Case No. 2:23-CR-00041-KJM
12              Plaintiff,                  )
                                           )   **NOTICE OF RELATED CASES**
13                   v.                     )
                                           )   [Local Rule 123]
14  PARIS PETERS,                          )
                                           )
15              Defendant.                  )
                                           )
16                                         )
                                           )
17                                         )
                                           )
18  _____)

19  UNITED STATES OF AMERICA,              )
                                           )   Case No. 2:25-CR-00079-TLN
20              Plaintiff,                  )
                                           )   **NOTICE OF RELATED CASES**
21                   v.                     )
                                           )   [Local Rule 123]
22  PARIS PETERS,                          )
                                           )
23              Defendant.                  )
                                           )
24  _____)

25

26

27

28

    Notice of Related Cases

# NOTICE OF RELATED CASES

The United States of America, by and through Assistant United States Attorney Justin L. Lee, notices the Court and the Clerk of the Court that the recently-filed Indictment in United States v. Peters, Case No. 2:25-CR-00079-TLN ("2025 Case"), is related to the earlier supervised release violation petition in United States v. Peters, Case No. 2:23-CR-00041-KJM ("TSR Case"). The 2025 Case and the TSR Case are related within the meaning of Eastern District of California Local Rule 123(a) because they involve the same defendant and are based on the same operative facts. Specifically, both cases are related to Peters's possession of a firearm and ammunition on February 7, 2025. The 2025 Case charges Peters with one count of felon in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1). The TSR Case charges Peters with five supervised release violations, including two charges related to possession of a firearm and ammunition on February 7, 2025. Accordingly, the cases are related because the charged defendant is the same and the actions involve the same operative facts.

Pursuant to Local Rule 123(f), "the two actions shall be related" and assigned to the Judge assigned to the new criminal action "unless the original sentencing judge desires to retain first action, in which circumstances both actions shall be assigned to the original sentencing judge." Here, the original sentencing judge was the Honorable William E. Smith in the District of Rhode Island, not a District Judge in the Eastern District of California. Accordingly, pursuant to Local Rule 123(f), both matters shall be related and assigned to the Honorable Troy L. Nunley, Chief United States District Judge.

The United States therefore respectfully requests that this Honorable Court (1) relate the recently-filed Indictment in the 2025 Case, to the earlier supervised release violation petition in the TSR case; and (2) order the Clerk's Office to reassign United States v. Peters, Case No. 2:23-CR-00041-KJM, to the Honorable Troy L. Nunley, Chief United States District Judge, pursuant to Local Rule 123(f).

DATED: March 30, 2025

                     MICHELE BECKWITH
                     Acting United States Attorney

                 By:  /s/ Justin L. Lee
                     JUSTIN L. LEE
                     Assistant U.S. Attorney

1

**O R D E R**

2   For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the

3 Court finds that the Criminal Case captioned <u>United States v. Peters,</u> Case No. 2:25-CR-00079-TLN, is

4 related to the case of <u>United States v. Peters</u>, Case No. 2:23-CR-00041-KJM, within the meaning of

5 Local Rule 123(a) and (f) and assignment of these actions to a single district judge is likely to effect a

6 savings of judicial effort.

7   Based upon this finding and pursuant to Local Rule 123(c) and (f), IT IS HEREBY ORDERED:

8    1. The Clerk of the Court shall REASSIGN the case of <u>United States v. Peters,</u> Case

9 No. 2:23-CR-00041-KJM, to the Honorable Troy L. Nunley, Chief United States District Judge and that

10 case shall be designated "Case No. 2:23-CR-00041-TLN"; and

11    2. The Clerk of the Court shall make appropriate adjustment in the assignment of

12 cases to compensate for this reassignment.

13 **IT IS SO ORDERED**.

14

15 DATED:_____

16         Hon. TROY L. NUNLEY
        CHIEF UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Related Cases