UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>       v.<br><br>PARIS PETERS,<br><br>           Defendant. | No. 2:23-cr-00041-KJM<br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>       v.<br><br>PARIS PETERS,<br><br>           Defendant. | No. 2:25-cr-00079-TLN |

  Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123. Pursuant to Local Rule 123(f), "the actions shall be related to the Judge…assigned to the new criminal action…unless the original sentencing judge desires to retain the first action." Here, judicial economy is also best served if the Court assigned to the new criminal action retains the cases, as the same defendant is charged in both actions, and they

involve the same operative facts.

Relating the cases under Local Rule 123, however, merely has the result that the actions are assigned to the same judge, it does not consolidate the actions.

IT IS THEREFORE ORDERED that the action denominated 2:23-cr-00041-KJM is reassigned to Chief District Judge Troy L. Nunley, and the captions shall read 2:23-cr-00041-TLN.  Any dates currently set in reassigned case are hereby VACATED.

IT IS SO ORDERED.

DATED: April 1, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE