# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| | | | |
|---|---|---|---|
| *Subject:* | USA v. Paris Peters<br>2:25-CR-00079-TLN | *Date:* | **April 2, 2025** |
| *To:* | **Hon. Carolyn K. Delaney**<br>c/o Courtroom Deputy<br>Lisa Kennison | *From:* | **Justin L. Lee**<br>**U.S. Attorney's Office**<br>**Eastern District of California**<br>**501 I Street, Ste 10-100**<br>**Sacramento, California 95814**<br>**Telephone: (916) 554-2700** |

    On March 27, 2025, the defendant was charged by Indictment with one count of felon in possession of ammunition. The defendant is presently in federal custody on a related case involving a supervised release violation. 2:23-CR-00041. The parties jointly request that the Court set this matter for an arraignment on the Indictment on Monday, April 7, 2025, at 2:00 p.m.