HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
PARIS PETERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:23-CR-41-TLN & 2:25-CR-79-TLN |
| Plaintiff, | **ORDER TO RELEASE PRESENTENCE REPORT** |
| vs. | |
| PARIS PETERS, | Judge: Hon. Troy L. Nunley, Chief District Judge |
| Defendant. | |

Pursuant to the defendant's request under E.D. Cal. L.R. 460(b), which is unopposed by the government, and good cause appearing therefrom, the United States Probation Office is hereby ORDERED to disclose the Presentence Investigation Report in District of Rhode Island case 1:15-cr-00117-MRD-PAS-2 to counsel of record in the above-captioned cases, Assistant Federal Defender Christina Sinha and Assistant United States Attorney Justin Lee.

IT IS SO ORDERED.

Dated: April 22, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE