HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
PARIS PETERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PARIS PETERS, <br><br> Defendant. | Case No. 2:25-CR-79-TLN <br><br> **STIPULATION AND ORDER TO CONVERT STATUS CONFERENCE TO CHANGE OF PLEA, HOLD JUDGMENT AND SENTENCING IMMEDIATELY AFTER THE CHANGE OF PLEA, AND AUTHORIZE THE PREPARATION OF A PRE-PLEA PRESENTENCE REPORT** <br> Date: May 22, 2025 <br> Time: 9:30 A.M. <br> Judge: Hon. Troy L. Nunley, Chief District Judge |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Justin Lee, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Peters, that the May 22, 2025 status conference may be converted to a Change of Plea Hearing. *See* dkt. 18.

The parties further stipulate that, given Mr. Peters' significant health issues, it is appropriate for the Change of Plea and Judgment and Sentencing hearings in this matter, as well as the Dispositional Hearing in Mr. Peters' related supervised release case (2:23-CR-41-TLN), to occur on the same day, and respectfully petition this Honorable Court so to allow. The defense recognizes that this is an extraordinary deviation from usual practices and is only requesting this

procedure in this case because of the defendant's significant medical concerns.

The parties specifically stipulate as follows:

1. Mr. Peters has two cases before this Court, to wit, 2:23-CR-41-TLN (a supervised release matter stemming from a conviction in District of Rhode Island case 1:15-cr-00117-MRD-PAS-2) and 2:25-CR-79-TLN.

2. In the former case, supervision jurisdiction was transferred to the Eastern District of California in 2023. Dkt. 1. On December 30, 2024, a 12C petition was filed against Mr. Peters in this district, followed by a superseding petition on February 13, 2025. Dkt. 3, 10. On February 25, 2025, the Court held an admit/deny hearing, during which Mr. Peters admitted to charges 3, 4, and 5. Dkt. 13.

3. Charge 5 alleged a new law violation, specifically, constructive possession of ammunition. This conduct was the basis for the new case that was filed against Mr. Peters (2:25-CR-79-TLN), charging him with violating 18 U.S.C. § 922(g)(1) (felon in possession of ammunition). Dkt. 13, 15 (notice of related case); *see also* 2:25-CR-79-TLN at dkt. 1 (indictment, filed March 27, 2025).

4. Mr. Peters has significant medical concerns. Following the defense's unopposed motion for the release of medical information, both the defense and the government received medical records from the U.S. Marshals Service documenting the details of Mr. Peters' cancer. *See* 2:23-CR-41-TLN at dkt. 16, 17. The defense provided this medical documentation to probation on April 29, 2025.

5. The parties litigated Mr. Peters' temporary release on medical grounds and the defense filed a new motion for bail review on April 28, 2025, which is scheduled to be heard on May 05, 2025. *See* 2:25-CR-79-TLN dkt. 10, 11, 14, 15; *see also* 2:23-CR-41-TLN dkt. 25, 26.

6. Regardless of the outcome of that bail litigation, the defense is prepared to accept the plea offer the government has extended and is attempting to expedite the resolution of Mr. Peters' cases quickly, given his ongoing medical concerns, which

the defense believes can be much more effectively managed and treated at a Bureau of Prisons medical facility, rather than at a local jail.

7. To that end, the defense respectfully requests the Court to do the following:

   a. Convert the May 22, 2025 status conference to a Change of Plea hearing in case 2:25-CR-79-TLN;

   b. Conduct the judgment and sentencing hearing in that case on the same day, immediately following the Change of Plea hearing;

   c. Conduct the dispositional hearing in 2:23-CR-41-TLN on the same day, immediately following the Change of Plea hearing (this request will be made via memorandum on the docket of case 2:23-CR-41-TLN);

   d. Allow the parties and probation to dispense with the usual presentence report objection schedule; and

   e. Authorize the Probation Department to investigate and prepare a pre-plea presentence report in Case No. 2:25-CR-79-TLN.

8. Given the extraordinary situation present in this specific case, which has been verified by the defendant's medical records, the government does not object to the above, and probation is amenable to this schedule, and was consulted prior to the filing of this document.

The parties therefore respectfully request this Court to adopt the parties' stipulation as its Order.

*The remainder of this page is intentionally blank.  Signature blocks immediately follow.*

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: May 4, 2025 | */s/ Christina Sinha*<br>CHRISTINA SINHA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>PARIS PETERS |
| Date: May 4, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>*/s/ Justin Lee*<br>JUSTIN LEE<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its Order. The May 22, 2025 status conference in case 2:25-CR-79-TLN is hereby converted to a Change of Plea hearing. The Court will conduct the Judgment and Sentencing hearing in that case immediately following the Change of Plea hearing. The Court will also conduct the Dispositional Hearing in case 2:23-CR-41-TLN on May 22, 2025.

Probation is hereby authorized to investigate and prepare a pre-plea presentence report in case 2:25-CR-79-TLN. All documents relating to the May 22, 2025, hearings shall be filed no later than May 15, 2025; this includes: the plea agreement; the presentence report 2:25-CR-79-TLN; Probation's dispositional memorandum in case 2:23-CR-41-TLN; and the parties' sentencing memoranda.

IT IS SO ORDERED.

Date: May 5, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE