UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 6, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PARIS PETERS,<br><br>　　　　　Defendant. | Case No.  2:23-cr-0041-TLN and 2:25-cr-00079-TLN<br><br>**ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release  PARIS PETERS  Case No.  2:23-cr-0041-TLN and 2:25-cr-00079-TLN   Charge 18 USC § 3583 (2:23-cr-00041-TLN) and 18 USC § 922(g)(1)(2:25-cr-00079-TLN) from custody for the following reasons:

　　　　　_____　Release on Personal Recognizance

　　　　　_____　Bail Posted in the Sum of $ _____

　　　　　　　　_____　Unsecured Appearance Bond $ _____

　　　　　　　　_____　Appearance Bond with 10% Deposit

　　　　　　　　_____　Appearance Bond with Surety

　　　　　　　　_____　Corporate Surety Bail Bond

　　__X__　(Other): Defendant temporarily released for medical treatment to the third party custody of Defendant's sister, Timara Hernandez, on 5/16/25 at 7:00 AM and required to return by 1:00 PM on 5/16/25

Issued at Sacramento, California on May 6, 2025 at 2:00 PM

　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　U.S. Magistrate Judge Chi Soo Kim